## SUPREME COURT.

### John Kellogg agt. Charles Church.

Where a defendant denied the whole of plaintiff's complaint, (which was for taking sundry articles of personal property,) by alleging generally that he "*denies each and every allegation alleged in said complaint.*" *Held* sufficient, and, a complete denial to the whole of the complaint.

*Montgomery Special Term, June* 10, 1850.—Plaintiff complained for the wrongful taking and conversion of sundry articles of personal property, comprising a numerous list of small articles.

Defendant answered as follows:

" *Above named defendant answers to the complaint of plaintiff in the above entitled action, and denies each and every allegation alleged in plaintiff's complaint.*"

B. F. CHAPMAN, *for plaintiff,* insisted that this was not a sufficient denial of the complaint and demanded judgment, notwithstanding the answer, and cited section 149 of the code, also section 168.

D. D. WALRATH, *contra.*

CADY, Justice.—I think such an answer will do. It would be intolerable to require specific denials of an entire complaint in other terms. I will not aid in establishing the intricate and voluminous system of pleading under the code, which seems to be growing up in practice. I cannot believe that it was the design of the code-makers; and, until my position is overruled by the Supreme Court, in bench, I shall hold such a denial as this good.